# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| BRIAN HUSSEY & KIMBERLY GENTRY, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED § § § § *Plaintiffs,* § § V. § § AMINO TRANSPORT, INC. § § *Defendant.* § | Civ. No. 5:21-cv-1064<br><br>JURY DEMANDED |

## JOINT NOTICE OF RESOLUTION

The parties are pleased to inform the Court that they have reached a resolution on all issues in this case. The parties accordingly request that the Court enter a 45-day conditional order of dismissal while the parties finalize the resolution. The parties also respectfully request that the Court cancel all pending deadlines and upcoming hearing dates.

Dated: January 28, 2022

Respectfully submitted,

/s/ Lawrence Morales II
Lawrence Morales II
ATTORNEY-IN-CHARGE
State Bar No. 24051077
Allison S. Hartry
State Bar No. 24083149
**THE MORALES FIRM, P.C.**
6243 IH 10 West, Suite 132
San Antonio, Texas 78201
Telephone No. (210) 225-0811
Facsimile No. (210) 225-0821
lawrence@themoralesfirm.com
ahartry@themoralesfirm.com

*ATTORNEYS FOR PLAINTIFFS*

/s/ David J. Goodman
DAVID J. GOODMAN
State Bar No. 24012714
dgoodman@bwwlaw.com
ERIC J. MILLNER
State Bar No. 24041493
emillner@bwwlaw.com
BOURLAND, WALL & WENZEL, P.C. 301
Commerce Street, Suite 1500
Fort Worth, Texas 76102-4115
Telephone No.: (817) 877-1088
Facsimile No.: (817) 877-1636

**ATTORNEYS FOR DEFENDANT AMINO TRANSPORT, INC.**

## CERTIFICATE OF SERVICE

I do hereby certify that on January 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to all counsel of record.

/s/ Allison S. Hartry
**Allison S. Hartry**