UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**Alternative Dispute Resolution Summary**

1.   Style of Case: <u>Brian Hussey & Kimberly Gentry On Behalf of Themselves and All Others</u>
            <u>Similarly Situated v. Amino Transport, Inc.</u>

2.   Civil action number:  <u>5:21-cv-01064-JKP_____</u>

3.   Nature of suit:     <u>_FLSA_____</u>

4.   Date of Mediation:   <u>__1-26-22_____</u>

5.    When did the case settle?   ___Before ADR  _X__In ADR   __Did Not Settle

6.   What was your total fee?   $<u>_5,000.00_____</u> or  ___Pro Bono

7.   How was the Mediation initiated?   __by court order or  _X__agreement of the parties

8.   Please provide the names, addresses, and telephone numbers of counsel:

Lawrence Morales II                David J. Goodman
Allison S. Hartry                  Eric J. Millner
The Morales Firm, P.C.             Bourland, Wall & Wenzel, PC
6243 IH-10 West, Suite 132         301 Commerce Street, Suite 1500
San Antonio, Texas  78201          Fort Worth, TX 7610
lawrence@themoralesfirm.com        dgoodman@bwwlaw.com
ahartry@themoralesfirm.com         emillner@bwwlaw.com
210-225-0811                       817-877-1088

9.   Additional comments:_____

*Michael J. Helland*
_____       _1-28-22_____
Signature of Neutral              Date
<u>1250 NE Loop 410, Suite 808_____</u>       <u>210-824-8282_____</u>
Address                           Phone
<u>San Antonio, Texas  78209_____</u>

---

*Neutral must file completed form in duplicate with the U.S. District Clerk within 5 days after completion of
ADR or, if settlement occurs prior to session, within 5 days of neutral's notice by the parties of settlement.*