UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**KIMBERLY GENTRY and
BRIAN HUSSEY, on Behalf of
Themselves and All Others
Similarly Situated,**

    *Plaintiffs*,

v.                                                           Case No. SA-21-CV-1064-JKP

**AMINO TRANSPORT, INC.,**

    *Defendant*.

## ORDER REGARDING SETTLEMENT

Two plaintiffs commenced this case as a proposed collective action under the Fair Labor Standards Act ("FLSA"). *See* Orig. Compl. (ECF No. 1). The Court has not addressed whether it should proceed as a collective action. The Court recently received two filings that each notify the Court that this case has settled – a Joint Notice of Resolution (ECF No. 16) and an Alternative Dispute Resolution Summary (ECF No. 18). Through the Joint Notice, the parties seek "a 45-day conditional order of dismissal while the parties finalize the resolution" and cancellation of "all pending deadlines and upcoming hearing dates."

Based on the settlement of this case, the Court vacates any remaining deadline and any hearing date. **On or before March 17, 2022**, the parties shall make an appropriate case-closing filing, i.e., a notice of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i); a joint stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii); or a joint motion to dismiss under Fed. R. Civ. P. 41(a)(2), **or, if warranted**, a motion to approve settlement. In general, the Court has a duty to approve private resolution of FLSA claims. Two circumstances do not require such judicial approval: (1) a bona fide dispute about hours worked or compensation owed and (2) the settlement or resolution

provides employees with "everything to which they are entitled un-der the FLSA at the time the agreement is reached." *Martin v. Spring Break '83 Prods., LLC*, 688 F.3d 247, 255 (5th Cir. 2012).

**It is so ORDERED.**

**SIGNED this 31st day of January 2022.**

_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**