UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**KIMBERLY GENTRY and
BRIAN HUSSEY, on Behalf of
Themselves and All Others
Similarly Situated,**

    *Plaintiffs*,

v.   Case No. SA-21-CV-1064-JKP

**AMINO TRANSPORT, INC.,**

    *Defendant*.

### ORDER OF DISMISSAL

On January 31, 2022, the Court issued an Order Regarding Settlement (ECF No. 21) in which it set a deadline for the parties to make an appropriate case-closing filing. The parties have filed a *Stipulation of Dismissal* (ECF No. 22), signed by all parties who have appeared in this action. Although no court order is necessary based upon the stipulation filed pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the case has not yet been closed. Accordingly, based upon the filed stipulation, this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii). The parties shall each bear their own costs, attorneys' fees, and expenses. **The Clerk of Court is directed to close this action.**

    IT IS SO ORDERED this 9th day of March 2022.

*[signature]*
JASON PULLIAM
UNITED STATES DISTRICT JUDGE